Certificate Number: 06531-TXS-DE-038902875

Bankruptcy Case Number: 24-32808



06531-TXS-DE-038902875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 25, 2024, at 12:28 o'clock PM CDT, Charles A Buerger Jr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: September 25, 2024

By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor